# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>v.<br><br>JERRY LEE PEETE,<br><br>         Defendant. | Case No. 00-CR-15-JPS<br><br>**ORDER** |

On April 10, 2017, Defendant filed a motion requesting early termination of his term of supervised release. (Docket #112). That term is scheduled to expire on August 8, 2018. The Probation Office submitted a memorandum in response to Defendant's motion, recommending that the motion be denied. (Docket #114). The government concurs in this recommendation. *Id.* at 4.

The Court agrees with the Probation Office that while Defendant's progress on supervision has been commendable, his risk of re-offending recently increased to a moderate level. Additionally, Defendant would benefit from the services that continued supervision will offer. As such, the Court concludes that early termination of Defendant's supervised release is not warranted at this time. *See* 18 U.S.C. § 3583(e)(1) (permitting a court to terminate a term of supervised release if warranted by the defendant's conduct and in the interest of justice).

Accordingly,

**IT IS ORDERED** that Defendant's request for early termination of his term of supervised release (Docket #112) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge